# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Kenneth DAVIS<br>M/B, DOB: xx/xx/1998, SSN: xxx-xx-2260<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:23-MJ-00021<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 12/22/2022 in the county of Hamilton in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 751 | Escape |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

PATY, Brandon DUSM S/OH Cincinnati
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Jan 10, 2023

*Judge's signature*

City and state: Cincinnati, Ohio   Stephanie K. Bowman, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF

# A CRIMINAL COMPLAINT

I, Brandon Paty, being duly sworn, do hereby declare and state the following:

1. I am a Deputy United States Marshal assigned to the Southern District of Ohio, Cincinnati Office, and have been so employed since January 2022.  I am a graduate of Basic Deputy U.S. Marshal Academy at the Federal Law Enforcement Training Center (FLETC) in Glynco, GA in May.  Since this time, I have been assigned to fugitive investigations and court operations.  As a Deputy U.S. Marshal, I am authorized under 28 United States Code, Section 564, to enforce the laws of the United States.

# PROBABLE CAUSE

2. I am the case deputy for an investigation of Kenneth DAVIS, date of birth \*\*/\*\*/1998, U.S. Marshals Service Number 12010-509. My investigation began on 12/22/2022 after the U.S. Marshals Service, Cincinnati Office, received a notice from the Federal Bureau of Prisons (BOP) stating that DAVIS was classified as an escaped fugitive. DAVIS was placed on Escape Status by BOP after proceeding to walk out the front door of Talbert House for Men and stated, "I'm out of here" without staff authorization.

3. DAVIS was in the custody of the BOP pursuant to being sentenced to a term of 37 months with three years of supervision due to a guilty conviction of Possession of a Firearm and Ammunition by a Prohibited Person 18 U.S.C 922(g)(1) Southern District of Ohio case #1:20-CR-102 on 01/13/2022. According to BOP, DAVIS was transferred from FCI Gilmer in Glenville, WV to Talbert House for Men on 10/11/2022 with a projected release date of 04/07/2023. On 12/22/2022 at 12:44PM, DAVIS was given a Program Violation Incident Report for a previous violation for escape. This was due to signing out with Talbert House stating he was going to work but was found to not be at work. At 1:15PM, DAVIS proceeded to go out the front door of Talbert House for Men and stated,

"I'm out of here" without staff authorization at which point he was placed on escape status. At 1:42PM the U.S. Marshals Service, Cincinnati Office, was notified. DAVIS was not accounted for at any subsequent checks from this point forward.

4. As of Tuesday, 12/27/2022, DAVIS has not returned to the Talbert House and his whereabouts are unknown.

## **CONCLUSION**

1. Based on the aforementioned facts, your Affiant respectfully submits that there is probable cause to believe that in the Southern District of Ohio, KENNETH DAVIS, escaped from the custody of an institution or facility in which he was confined by virtue of a custody or confinement order, in violation of Title 18 U.S.C. Section 751.

_____
Brandon Paty
Deputy United States Marshal

Sworn before me and subscribed in my presence the __10th__ day of January, 2023, in Cincinnati, Ohio.

_____
Honorable Stephanie K. Bowman
United States Magistrate Judge
Southern District of Ohio